## SETTLEMENT AGREEMENT AND GENERAL RELEASE

THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE (hereinafter referred to as the "Agreement"), by and between **Fredy and Jovany Olivar** (hereinafter referred to as "Plaintiffs") and **Woodland Coffee & Tea, LLC**, located at 97 Orange Street, New Haven, CT 06510, its members, officers, agents and employees (hereinafter referred to as "Defendants");

WHEREAS, the parties have been engaged in disputes arising out of Plaintiffs' employment with Defendants;

WHEREAS, the parties wish to resolve the above-referenced dispute to avoid litigation and to dispose fully and finally of all differences and issues which now exist or may arise under federal, state, municipal or common law or any agreement among the parties from the beginning of time to the date of execution of this Agreement;

NOW THEREFORE, in consideration of the above recitals and further in consideration of the mutual promises contained herein, the parties, intending to be legally bound, agree as follows:

1. Defendants agree to pay the total sum of $18,500.00 within thirty days of the approval of this agreement by the Court.  Defendants will pay $8,500 to Plaintiff Jovany Olivar, $7,500 to Plaintiff Jovany Olivar, and $2,500 to New Haven Legal Assistance.

2. In exchange, the Plaintiffs will withdraw all claims brought in the case of *Olivar et al. v. Shewaye, et al*., C.A. No. 3:17-cv-01511 (JBA).

3. The parties agree that all matters relative to the construction and interpretation of this Agreement shall be construed and interpreted in accordance with the laws of the State of Connecticut, except where preempted by federal law.

4. The parties agree that should any non-material provision of this Agreement be found unenforceable, the remainder of the Agreement shall remain binding on the parties, their heirs, successors and assigns.

5. The parties agree that this Agreement constitutes the full and complete understanding between the parties and that no other representations outside of this Agreement, oral or in writing, regarding any of the terms or conditions in this Agreement, are binding on the parties.

In Witness Whereof, the parties do hereby affix their hands and seals in agreement to be bound by the terms above.

_____
Fredy Olivar

Date:

_____
Jovany Olivar

Date:

_____
Nebyat Shewaye
For Woodland Coffee & Tea

Date: